# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **A PERMANENT EASEMENT FOR 0.018 ACRES AND A TEMPORARY EASEMENT FOR 0.017 ACRES OF LAND IN EAST CALN TOWNSHIP, CHESTER COUNTY, PENNSYLVANIA, TAX PARCEL NO. 40-01-0006, FRIGYES & MARIA ALEJNIKOV, et al** | : : : : : : : | NO. 09-1385 |

## ORDER

**AND NOW**, this 1st day of September, 2009, after a telephone conference with counsel for the parties, it is **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.[1]

                                                                      /Timothy J. Savage
                                                                      TIMOTHY J. SAVAGE,  J.

---

[1] In light of the revised permits issued by the Pennsylvania Department of Environmental Protection, the plaintiff no longer seeks additional rights to the property at this time.  In the event that circumstances change as a result of regulatory requirements, the plaintiff may institute a new action.