UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC | : | CIVIL ACTION |
| v. | : | |
| A PERMANENT EASEMENT FOR 0.018 ACRES AND A TEMPORARY EASEMENT FOR 0.017 ACRES OF LAND IN EAST CALN TOWNSHIP, CHESTER COUNTY, PENNSYLVANIA, TAX PARCEL NO. 40-01-0006, FRIGYES & MARIA ALEJNIKOV, et al | : | NO. 09-1385 |

_____

| | | |
|---|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC | : | CIVIL ACTION |
| v. | : | |
| A PERMANENT EASEMENT FOR 0.426 ACRES AND A TEMPORARY EASEMENT FOR 0.882 ACRES OF LAND IN EAST CALN TOWNSHIP, CHESTER COUNTY, PA, TAX PARCEL #40-01-0003, EDWARD E. AND CAROLE H. KIRKBRIDE, *et al* | : | NO. 09-1396 |

_____

| | | |
|---|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC | : | CIVIL ACTION |
| v. | : | |
| A PERMANENT EASEMENT FOR 0.099 ACRES AND A TEMPORARY EASEMENT FOR 0.015 ACRES OF LAND IN EAST CALN TOWNSHIP, CHESTER COUNTY, PA, TAX PARCEL #40-01-0006.030 and DONALD A. & LYNETTE A. WILSON | : | NO. 09-1402 |

## ORDER

**AND NOW**, this 18th day of August, 2010, upon consideration of Defendants Brandywine Five's Consolidated Motion for Attorneys Fees and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Transcontinental Gas Pipe Line Company, LLC shall pay to the defendants Frigyes and Maria Alejnikov, Edward E. and Carole H. Kirkbride, and Donald A. and Lynette A. Wilson the sum of $10,000.00 as attorneys' fees.

    /Timothy J. Savage
TIMOTHY J. SAVAGE, J.